UNITED STATES of America,
Plaintiff-Appellee,

v.

Lewis Thomas CORNELL,
Defendant-Appellant.

No. 16-7532

United States Court of Appeals,
Fourth Circuit.

Submitted: February 16, 2017

Decided: February 22, 2017

Lewis Thomas Cornell, Appellant Pro
Se. Robert Michael Hamilton, Angela
Hewlett Miller, Assistant United States
Attorneys, Greensboro, North Carolina,
for Appellee.

Before GREGORY, Chief Judge,
DUNCAN, Circuit Judge, and
HAMILTON, Senior Circuit Judge.

Unpublished opinions are not binding
precedent in this circuit.

PER CURIAM:

Lewis Thomas Cornell appeals from the
district court's order denying his motion
for reconsideration of the court's order
granting his 18 U.S.C. § 3582(c)(2) (2012)
motion for reduction of his sentence based
on an amendment to the U.S. Sentencing
Guidelines Manual. We have reviewed the
record and find no reversible error. Accordingly, we affirm the district court's

144

order. See United States v. Goodwyn, 596 F.3d 233, 234 (4th Cir. 2010) (a district court has no authority to reconsider its decision on a sentence reduction motion under 18 U.S.C. § 3582(c)(2)). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED